# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

MEREDITH ALVAREZ AND
CHRISTOPHER ALVAREZ O/B/O
AMELIA ALVAREZ AND EMERY
ALVAREZ AS NATURAL TUTOR

VERSUS

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY, JEREMIAH
CHAMBERLAIN, HARRIET
CHAMBERLAIN, STATE FARM
MUTUAL AUTOMOBILE INSURANCE
COMPANY (IN ITS CAPACITY AS
AN UNINSURED/UNDERINSURED
MOTORIST CARRIER), MAPLEBEAR
INC. D/B/A INSTACART, AND
VOYAGER INDEMNITY INSURANCE
COMPANY

NO.　2026 CW 0270

**MAY 14, 2026**

---

In Re:　Maplebear Inc. D/B/A/ Instacart, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 202113955.

---

**BEFORE:　McCLENDON, C.J., GREENE, AND STROMBERG, JJ.**

　　**WRIT DENIED.** The criteria set forth in **Herlitz Const. Co., Inc. v. Hotel Investors of New Iberia, Inc.**, 396 So.2d 878 (La. 1981) (*per curiam*) are not met.

　　　　　　　　　　　　　　　　**PMc**
　　　　　　　　　　　　　　　　**HG**
　　　　　　　　　　　　　　　　**TPS**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT